UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1   JUMANA NAGARWALA,

        Defendant.
_____/

No. 17-20274

Hon. Bernard Friedman

**ORDER TO SEAL GOVERNMENT'S RESPONSE TO DEFENDANT JUMANA NAGARWALA'S MOTION FOR PRE-TRIAL RELEASE**

The government, having moved to seal its response to Defendant Jumana Nagarwala's motion for bond, and the Court being duly advised in the premises; IT IS HEREBY ORDERED that the government's response be received under seal and remain sealed until further Order of this Court.

                                                          s/ Bernard A. Friedman_____
                                                          Bernard Friedman
                                                          United States District Court Judge

Dated:  July 17, 2017