UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-20274 |
| Plaintiff, | Honorable Bernard A. Friedman |
| v. | STIPULATION AND ORDER FOR CONTACT |
| FAKHRUDDIN ATTAR, | |
| Defendant. | |

_____

## STIPULATION

Fakhruddin Attar, through his attorney Mary Chartier, and the United States government, through its attorney Sara Woodward, stipulate that Fakhruddin Attar may have telephone and written contact with individuals at financial institutions, including credit card companies and banks, to address the theft of his identity.

                            Respectfully submitted,

07/13/2017                  /s/MARY CHARTIER
Date                        Mary Chartier

07/13/2017                  /s/SARA WOODWARD
Date                        Sara Woodward

1

# ORDER

Fakhruddin Attar may have telephone and written contact with individuals at financial institutions, including credit card companies and banks, to address the theft of his identity.

<u>July 17, 2017</u>  /s/ <u>Bernard A. Friedman</u>
Dated   Honorable Bernard A. Friedman