# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs

Case No. 17-cr-20274
Hon. Bernard A. Friedman

D-6: FATEMA DAHODWALA

    Defendant.

___

## NOTICE OF RESERVATION OF RIGHT TO OBJECT TO FOUNDATION FOR EXHIBITS, CHAIN OF CUSTODY AND SCIENTIFIC ANALYSIS

NOW COMES defendant, FATEMA DAHODWALA, by and through her attorney, Brian M. Legghio of the Law Offices of Brian M. Legghio, and pursuant to this Court's Standing Order for Discovery and Inspection hereby gives notice of her intent to reserve the right to object to foundations for Government exhibits and any scientific analysis or summary testimony by experts to be offered by the Government at the trial of this case.

Respectfully Submitted:

/s/ Brian M. Legghio
Brian M. Legghio (P29658)
134 Market Street
Mt. Clemens, MI  48043-1740
blegghio@legghiolaw.com

Dated: July 18, 2017