UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

    *Plaintiff,*                          Case No. 17-cr-20274
                                                    Judge: Bernard A. Friedman

vs

**D-4: TAHERA SHAFIQ**,

    *Defendant.*

_____

## NOTICE OF JOINDER/CONCURRENCE IN
## FATEMA DAHODWALA'S (D-6) PLEADING

    NOW COMES, Defendant, D-4, TAHERA SHAFIQ, by and through counsel, and hereby joins in the pleading filed by D-6, Fatema Dahodwala, with the Record Number/Docket Number reflected:

- Fatema Dahodwala (D-6): DEMAND FOR DISCLOSURE OF EXCULPATORY EVIDENCE [R 101] filed on 07/18/17.

    Defendant respectfully requests that she be allowed to participate in any hearings involved in said litigation and be permitted to submit additional memoranda if invited by the Court.

                                         Respectfully submitted,

                                         *s/Jerome Sabbota*
                                         RIBITWER & SABBOTA, LLP
                                         26862 Woodward Avenue, Unit 200
                                         Royal Oak, Michigan 48067
                                         (248) 543-8000
                                         contact@ribitwersabbota.com
                                         P25892

DATED:  July 19, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2017, I electronically filed the foregoing documents with the Clerk of the Court using the ECF System, which will send notification of such filing to all parties of record.

*s/ Jerome Sabbota*
Jerome Sabbota
contact@ribitwersabbota.com