UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

D-1 JUMANA NAGARWALA,
D-2 FAKHRUDDIN ATTAR,
D-3 FARIDA ATTAR,
D-4 TAHERA SHAFIQ,
D-5 FARIDA ARIF,
D-6 FATEMA DAHODWALA,
        Defendants.
_____/

No. 17-20274

Hon. Bernard Friedman

UNDER SEAL

**ORDER TO SEAL GOVERNMENT'S DISCOVERY NOTICES**

The government, having moved to seal its Discovery Notices, and the Court being duly advised in the premises; IT IS HEREBY ORDERED that the government's Discovery Notices be received under seal and remain sealed until further Order of this Court.

                                      s/ Bernard A. Friedman__
                                      Bernard Friedman
                                      United States District Court Judge

Dated:   July 20, 2017