# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

    *Plaintiff*,                           Case No. 17-cr-20274
                                           Judge: Bernard A. Friedman

vs

**D-4: TAHERA SHAFIQ**,

    *Defendant*.

_____

## STIPULATION AMENDING ORDER
## OF PRETRIAL RELEASE CONDITION

THE PARTIES HEREIN, through their respective counsel, stipulate and agree to the following:

Defendant, Tahera Shafiq's pretrial release condition (7)(t) be amended to allow Defendant to use a computer and access the internet to search for employment, apply for unemployment benefits and for employment purposes.

All remaining conditions of Defendant's pretrial release shall remain the same.

**IT IS SO ORDERED:**

                                       S/ Bernard A. Friedman_____

                                       HON. BERNARD A. FRIEDMAN

                                       United States District Court

DATED: July 25, 2017

<table>
<tr><td>

s/ with consent of Sara D. Woodward
Sara D. Woodward
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9180
Email: sara.woodward@usdoj.gov

DATED:  July 18, 2017

</td><td>

s/ Jerome Sabbota
Jerome Sabbota
Ribitwer & Sabbota, LLP
Attorney for Defendant
26862 Woodward Avenue,
Royal Oak, Michigan 48067
(248) 543-8000
contact@ribitwersabbota.com

</td></tr>
</table>

2:17-cr-20274-BAF-DRG Doc # 118 Filed 07/25/17 Pg 3 of 3 Pg ID 784