UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-20274 |
| Plaintiff, | Honorable Bernard A. Friedman |
| v. | STIPULATION AND ORDER FOR CONTACT |
| FAKHRUDDIN ATTAR, | |
| Defendant. | |

_____

## STIPULATION

Fakhruddin Attar, through his attorney Mary Chartier, and the United States government, through its attorney Sara Woodward, stipulate that Fakhruddin Attar may have contact with law enforcement, including in-person contact, to report the theft of his identity and the theft of his driver's license that was last in the custody of the Milan Federal Detention Center. Dr. Attar may also have contact with the following individuals and companies to wrap up the closing of his business: Blue Cross/Blue Shield – Provider Services, Dean Schink and associates as it relates to malpractice insurance, Sohail Osto and associates for accounting services, and Autumn Birby and Stericyle for hazardous waste disposal.

1

                                          Respectfully submitted,

7/30/2017　　　　　　　　　　/s/MARY CHARTIER
Date　　　　　　　　　　　　Mary Chartier

7/30/2017　　　　　　　　　　/s/SARA WOODWARD
Date　　　　　　　　　　　　Sara Woodward


## ORDER

Fakhruddin Attar may have contact with law enforcement, including in-person contact, to report the theft of his identity and the theft of his driver's license that was last in the custody of the Milan Federal Detention Center. Dr. Attar may also have contact with the following individuals and companies to wrap up the closing of his business: Blue Cross/Blue Shield – Provider Services, Dean Schink and associates as it relates to malpractice insurance, Sohail Osto and associates for accounting services, and Autumn Birby and Stericyle for hazardous waste disposal.

July 3,1 2017____　　　　　/s/_Bernard A. Friedman_____
Date　　　　　　　　　　　　Honorable Bernard A. Friedman