UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,	No. 17-20274

    Plaintiff,	Hon. Bernard Friedman

v.

D-1 JUMANA NAGARWALA,
D-2 FAKHRUDDIN ATTAR,

    Defendants.
_____/

**GOVERNMENT'S RESPONSE TO
DEFENDANT FAKHRUDDIN ATTAR'S MOTION
TO UNREDACT WARRANT AFFIDAVITS (R. 121)**

On August 8, 2017, Defendant Fakhruddin Attar filed a motion requesting that the Court order the government to produce "the unredacted affidavit submitted to obtain a warrant for electronic surveillance of two phone numbers in connection with the instant case," as well as "the unredacted affidavits related to other warrants issued in this case." (R. 121, PgID 826.)

That same day, Defendant Jumana Nagarwala concurred with Defendant Fakhruddin Attar's motion. (R. 124.) Specifically, Nagarwala requested that the Court order the government to produce unredacted

1

affidavits in support of search warrants for Nagarwala's home and cell phone.

Also on August 8, 2017, the government informed counsel for Defendants Attar and Nagarwala that it would produce unredacted versions of the requested affidavits. On August 9, 2017, the government provided Defendants Attar and Nagarwala with the unredacted wiretap affidavit, as well as the requested search warrant affidavits. Accordingly, the government requests that Defendants' motions be denied as moot.

> Respectfully submitted,
>
> DANIEL LEMISCH
> Acting U.S. Attorney
>
> *s/Sara D. Woodward*
> SARA D. WOODWARD
> Assistant United States Attorney
> Deputy Chief, General Crimes Unit
> 211 West Fort Street, Ste. 2001
> Detroit, MI 48226-3220
> (313) 226-9180
> sara.woodward@usdoj.gov
>
> *s/Amy Markopoulos*
> AMY MARKOPOULOS
> Trial Attorney
> Department of Justice, Fraud Section
> 1400 New York Avenue, NW
> Washington, DC 20005
> amy.markopoulos@usdoj.gov

                    <u>*s/Malisa Dubal*</u>
                    MALISA DUBAL
                    Trial Attorney,
                    Department of Justice, Fraud Section
                    1400 New York Avenue, NW
                    Washington, DC 20005
                    malisa.dubal@usdoj.gov

Dated:  August 22, 2017

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2017, I filed the foregoing response via ECF, which will send notice to counsel of record.

/s *Sara D. Woodward*
SARA D. WOODWARD
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3211
(313) 226-9180

August 22, 2017