UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-20274 |
| Plaintiff, | Hon. Bernard Friedman |
| v. | |
| D-1 JUMANA NAGARWALA<br>D-2 FAKHRUDDIN ATTAR,<br>D-3 FARIDA ATTAR,<br>D-4 TAHERA SHAFIQ, | |
| Defendants._____/ | |

**GOVERNMENT'S MOTION TO SEAL ITS RESPONSE TO DEFENDANT FARIDA ATTAR'S MOTION TO COMPEL DISCOVERY (R. 125)**

The United States of America, by its undersigned attorneys, respectfully requests that its response to Defendant Farida Attar's motion to compel discovery (R. 125) and accompanying exhibits be received by the Court under seal to protect the privacy and dignity of

minor victims and children.

        Respectfully submitted,

        DANIEL LEMISCH
        Acting U.S. Attorney

        *s/Sara D. Woodward*
        SARA D. WOODWARD
        Assistant United States Attorney
        Deputy Chief, General Crimes Unit
        211 West Fort Street, Ste. 2001
        Detroit, MI 48226-3220
        (313) 226-9180
        sara.woodward@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2017, I filed the foregoing document using ECF, which will provide notification to counsel of record.

/s Sara D. Woodward
SARA D. WOODWARD
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3211
(313)226-9180

August 22, 2017