UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUMANA NAGARWALA (D-1),

    Defendant.

Case No. 17-cr-20274

Honorable Bernard A. Friedman

**MOTION TO SEAL DEFENDANT JUMANA NAGARWALA'S
MOTION FOR PRETRIAL RELEASE, BRIEF IN SUPPORT, AND EXHIBITS**

    Jumana Nagarwala, M.D., through her attorney Shannon M. Smith, respectfully requests that her Motion for Pretrial Release, brief in support, and exhibits in connection with the Motion for Pretrial Release be received by the Court under seal to protect personal financial information of Dr. Nagarwala, her family, and others and to protect personal identifying information of persons described within.

Respectfully submitted,

Dated: August 23, 2017

/s/ Shannon M. Smith
SHANNON M. SMITH (P68683)
Attorney for Defendant Jumana Nagarwala
The Law Offices of Shannon M. Smith, P.C.
1668 South Telegraph Road
Suite 140
Bloomfield Hills, Michigan 48302
(248) 636-2595
attorneyshannon@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on August 23, 2017, I filed the foregoing document with the Clerk of the Court through the ECF system, which will send electronic notification to all counsel of record.

/s/ Shannon M. Smith
SHANNON M. SMITH (P68683)
Attorney for Defendant Jumana Nagarwala