UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   No. 17-20274

    Plaintiff,   Hon. Bernard Friedman

v.

D-1 JUMANA NAGARWALA
D-2 FAKHRUDDIN ATTAR,
D-3 FARIDA ATTAR,
D-4 TAHERA SHAFIQ,
D-5 FARIDA ARIF,
D-6 FATEMA DAHODWALA,

    Defendants.
_____/

## GOVERNMENT'S MOTION TO SEAL MOTION FOR AMENDED PROTECTIVE ORDER

    The United States of America, by its undersigned attorneys, respectfully requests that its motion for amended protective order and accompanying exhibit be received by the Court under seal to protect the

privacy and dignity of minor victims and children.

>Respectfully submitted,
>
>DANIEL LEMISCH
>Acting U.S. Attorney
>
>*s/Sara D. Woodward*
>SARA D. WOODWARD
>Assistant United States Attorney
>Deputy Chief, General Crimes Unit
>211 West Fort Street, Ste. 2001
>Detroit, MI 48226-3220
>(313) 226-9180
>sara.woodward@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2017, I filed the foregoing document using ECF, which will provide notification to counsel of record.

/s Sara D. Woodward
SARA D. WOODWARD
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3211
(313)226-9180

August 30, 2017