UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

UNITED STATES OF AMERICA,                    Case No. 17-20274

      Plaintiff,                                      Hon. Bernard A. Friedman

v.

D-1 JUMANA NAGARWALA
D-2 FAKHRUDDIN ATTAR
D-3 FARIDA ATTAR
D-4 TAHERA SHAFIQ
D-5 FARIDA ARIF
D-6 FATEMA DAHODWALA

      Defendant.

_____

# ORDER

IT IS HEREBY ORDERED that the government shall provide counsel for each of the indicted defendants a copy of all videos and photographs created during the anogenital exams that were conducted by Dr. Nazer and Dr. Harper.

IT IS FURTHER ORDERED that the government shall notify counsel for each of the indicted defendants when:

    A. The government obtains the videos and photographs of the anogenital exams conducted by Dr. Nancy Harper or,

1

B. The Government receives notification from either Dr. Nancy Harper or the Otto Brewer Trust Center for Safe and Healthy Children that the photographs and videos of the anogenital exams will not be provided to the government.

IT IS FURTHER ORDERED that upon receiving the photographs and videos of the anogenital exams from the government, defense counsel, their prospective experts and the defendants shall treat such materials as confidential. The defendants may review the photographs and videos of the anogenital exams at any time in the presence of their defense counsel, defense counsel's legal assistants or other employees assisting in the defense preparation.

IT IS FURTHER ORDERED that defense counsel is prohibited from making any copies of the materials. The term "copy" includes uploading the contents to a network, the internet, server or other third party sharing or viewing software.

IT IS FURTHER ORDERED that defense counsel may disclose or reveal—in person only—the contents of such material to defense counsel's legal assistants and other employees assisting in the defense preparation and to defense experts and/or consultants ("other persons"), provided that:

A. Defense counsel instructs the other persons that further disclosure is prohibited and provides them with a copy of this Order; and

B. The other persons agree to be bound by the terms of this Order.

IT IS FURTHER ORDERED that the government must provide counsel of record the photographs and videos of the anogenital exams within seven days of entry of this order.

IT IS FURTHER ORDERED that any violation of any term or condition of this Order by the Defendants, the Defendants' attorneys of record, any member of the defense teams, or any attorney may be held in contempt of court, and/or may be subject to monetary or other sanctions as deemed appropriate by this Court.

IT IS FURTHER ORDERED that this Order is in addition to, and does not replace the prior protective order governing the parties to this litigation.

IT IS SO ORDERED.

_____  /s/_____
Date              Honorable Bernard A. Friedman