UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-cr-20274 |
| Plaintiff, | Honorable Bernard A. Friedman |
| v. | **STIPULATION AND ORDER FOR CONTACT** |
| FAKHRUDDIN ATTAR, D-02, | |
| Defendant. | |

_____

## STIPULATION

Fakhruddin Attar, M.D., through his attorney Mary Chartier, and the United States government, through its attorney Sara Woodward, stipulate that Dr. Attar may have telephone and written contact with Hooman Agha, M.D. Dr. Attar's patients are being transitioned to Dr. Agha, and communication is necessary to ensure proper patient care.

Respectfully submitted,

08/31/2017         /s/MARY CHARTIER
Date                    Mary Chartier

08/31/2017         /s/SARA WOODWARD (w/ permission)
Date                    Sara Woodward

1

# ORDER

Fakhruddin Attar may have telephone and written contact with Hooman Agha, M.D. Dr. Attar's patients are being transitioned to Dr. Agha, and communication is necessary to ensure proper patient care.

September 1, 2017          /s/_Bernard A. Friedman___
Date                                    Honorable Bernard A. Friedman