UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1 JUMANA NAGARWALA,
D-2 FAKHRUDDIN ATTAR,
D-3 FARIDA ATTAR,
D-4 TAHERA SHAFIQ,
D-5 FARIDA ARIF,
D-6 FATEMA DAHODWALA
D-7 HASEENA HALFAL, and
D-8 ZAINAB HARIYANAWALA,

    Defendants.

Criminal No. 17-cr-20274

Honorable Bernard A. Friedman

---

**GOVERNMENT'S MOTION AND SUPPORTING BRIEF
TO SEAL SECOND SUPERSEDING INDICTMENT**

---

The United States of America hereby moves for an order sealing the second superseding indictment in this case and states:

1. The second superseding indictment in this case charges the defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

    *(4) Sealed Indictment.* The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial. The clerk must then seal the indictment, and no person may disclose the indictment's existence except as necessary to issue or execute a warrant or summons.

Fed.R.Crim.P. 6(e)(4).

3. The government requests that the second superseding indictment be sealed because it is concerned that the defendants may attempt to flee, destroy evidence, or intimidate witnesses if the second superseding indictment become a matter of public record before the defendants are arrested.

WHEREFORE, the government requests this Court to issue an order sealing the second superseding Indictment.

Respectfully submitted,

Daniel L. Lemisch
Acting United States Attorney

/s/ Malisa Dubal
MALISA DUBAL
Assistant Chief
Criminal Division, Fraud Section
U.S. Department of Justice
211 West Fort Street, Suite 2001
Detroit, MI 48226-3220
Malisa.Dubal@usdoj.gov
Cell: (202) 660-2001
Office: (313) 226-9616

Dated: September 13, 2017

IT IS SO ORDERED.

David R. Grand
United States Magistrate Judge

Entered: 9/13/17