UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.                                    Case No. 2:17–cr–20274–BAF–DRG
                                     Hon. Bernard A. Friedman

Jumana Nagarwala, et al.,

          Defendant(s),

### NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

   RENOTICE of hearing on [193] SEALED MOTION Bill of Particulars by Jumana Nagarwala, and [171] Joint MOTION to Dismiss *Count Six* as to Jumana Nagarwala, Fakhruddin Attar, **Motion Hear ing set for 11/8/2017 11:00 AM before District Judge Bernard A. Friedman** (CMul)

   All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.

   **ADDITIONAL INFORMATION:**   Motion hearing adjourned from November 1, 2017

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/C. Mullins
                                                     Case Manager

Dated:   October 12, 2017